IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RONNIE MIDNIGHT THURMAN, | ) | 8:13CV61 |
| | ) | |
| Petitioner, | ) | |
| | ) | **MEMORANDUM** |
| v. | ) | **AND ORDER** |
| | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on its own motion. On March 21, 2013, the court ordered Petitioner Ronnie Midnight Thurman ("Petitioner") to correct defects in his Petition. (Filing No. 3.) These defects included Petitioner's failure to pay the filing fee and failure to name a respondent. The court warned Petitioner that failure to correct the defects by April 22, 2013, would result in the dismissal of his Petition without further notice. To date, Petitioner has not corrected these defects or responded to the court's Memorandum and Order in any way.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice because Petitioner failed to prosecute this matter diligently and failed to comply with this court's orders.

2. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 7th day of May, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.